Sanford K. Gerber, Bar #016506
Patrick C. Gorman, Bar #028817
Annelise M. Dominguez, Bar #033299
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1779
Fax: (602) 200-7892
sgerber@jshfirm.com
pgorman@jshfirm.com
adominguez@jshfirm.com

Attorneys for Defendants American Strategic Insurance Corp. and The Progressive Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kathleen Brouwer,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>American Strategic Insurance Corp.; The Progressive Corporation,<br><br>　　　　　　　　　Defendants. | No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Defendants American Strategic Insurance Corp. ("ASI") and The Progressive Corporation ("PGR") (collectively "Defendants"), through counsel, file this Notice of Removal of this action to the United States District Court of Arizona and states as follows:

1. On October 4, 2023, Plaintiff Kathleen Brouwer filed a Complaint against Defendants American Strategic Insurance Corp. and The Progressive Corporation in the Maricopa County Superior Court under the caption "*Kathleen Brouwer v. American Strategic Insurance Corp.; The Progressive Corporation*," Case No. CV2023-015453. Copies of the initial pleadings are attached as Exhibits A through D.

2. Plaintiff completed service on Defendant American Strategic Insurance Corp. via the Arizona Department of Insurance on October 25, 2023.

3.     Defendant American Strategic Insurance Corp. is a Florida corporation with its principal place of business in St. Petersburg, Florida. ASI's "nerve center" is also in Florida. ASI's parent company is ARX Holding Corp., which is owned by Defendant The Progressive Corporation, a corporation organized under the laws of the State of Ohio. PGR's principal office is located in Mayfield Village, Ohio. For purposes of removal jurisdiction, Defendants are deemed citizens of Florida and Ohio.

4.     According to the Complaint, at all material times Plaintiff has been a resident of Fountain Hills in Maricopa County, Arizona. Exhibit B at ¶ 1. For purposes of removal jurisdiction, Plaintiff is a citizen of Arizona.

5.     According to the Complaint, Plaintiff seeks contract, consequential, and punitive damages for breach of contract and bad faith claims Plaintiff has alleged against Defendants for the denial of a bodily injury claim Plaintiff made under an ASI Personal Umbrella Policy arising from a motor vehicle accident on October 4, 2021. Plaintiff alleges she sustained disabling injuries and underlying damages, including quadriplegia, as a result of the accident.

6.     As of the date of this Notice of Removal, Plaintiff has produced an itemization of medical treatment and expenses in the amount of $278,362.97. Plaintiff further estimated that her future medical treatment would cost in excess of $5,000,000 and demanded $1,300,000 pre-litigation.

7.     Based on the allegations in the Complaint and pre-litigation demand, the amount in controversy is in excess of $75,000.

8.     Therefore, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Based on this allegation and those contained in the Complaint, this action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

9.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed with this Court.

10. The United States District Court for the District of Arizona is the Court embracing the place wherein such action is pending in state court.

11. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa. Exhibit E, Notice of Filing Notice of Removal (without exhibits).

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

DATED this 22nd day of November, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Annelise Dominguez*
Sanford K. Gerber
Patrick C. Gorman
Annelise M. Dominguez
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants American Strategic Insurance Corp. and The Progressive Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Michael D. Morgan
Sargon Khananisho
Sargon Law Group
4105 N. 20th St., Ste. 260
Phoenix, Arizona 85016
litigation@sargonlawgroup.com
Attorneys for Plaintiff

*/s/ Crystal Wong*