Patrick C. Gorman, Bar #028817
Sanford K. Gerber, Bar #016506
Annelise M. Dominguez, Bar #033299
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4447
Fax: (602) 200-7801
pgorman@jshfirm.com
sgerber@jshfirm.com
adominguez@jshfirm.com

Attorneys for Defendants American Strategic Insurance Corp. and The Progressive Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Brouwer,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>American Strategic Insurance Corp.; The Progressive Corporation,<br><br>　　　　　　Defendants. | No. 2:23-cv-02440-JAT<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, Kathleen Brouwer, and Defendants American Strategic Insurance Corp. and The Progressive Corporation, Inc., by and through undersigned counsel, hereby stipulate and agree that the above-captioned action may be dismissed, with prejudice, each party to bear their own fees and costs as the parties have agreed to enter into private binding arbitration.

116947009.1

DATED this 20th day of May, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Sanford K. Gerber
Patrick C. Gorman
Sanford K. Gerber
Annelise M. Dominguez
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants American Strategic Insurance Corp. and The Progressive Corporation

SARGON LAW GROUP

By /s/ Michael D. Morgan
Michael D. Morgan, Esq.
Sargon Khananisho, Esq.
4105 N. 20th Street, Suite 260
Phoenix, AZ 85016
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Michael D. Morgan, Esq.
Sargon Khananisho, Esq.
SARGON LAW GROUP
4105 N. 20th Street, Suite 260
Phoenix, AZ 85016
michael@sargonlawgroup.com
sargon@sargonlawgroup.com
Attorneys for Plaintiff

/s/ Melissa Vaughn

2

116947009.1