# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Brouwer,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>American Strategic Insurance Corp.; The Progressive Corporation,<br><br>　　　　　　　　Defendants. | No. CV 23-2440-PHX-JAT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties (Doc. 16),

**IT IS ORDERED** dismissing, with prejudice, all claims against the only two Defendants: American Strategic Insurance Corp. and The Progressive Corporation, each side to bear their own costs and attorneys' fees. The Clerk of the Court shall close this case.

Dated this 21st day of May, 2024.

James A. Teilborg
Senior United States District Judge